UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL NO. 2974 |
| THIS DOCUMENT RELATES TO:<br><br>Lori Stamper<br>1:21-cv-03919-LMM | MASTER DOCKET NO.<br>1:20-md-02974-LMM |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET

I, Randi Kassan, of Milberg Coleman Bryson Phillips Grossman, PLLC, state as follows:

Our firm represents the above-referenced Plaintiff that is listed on the Exhibit to the Order to Show Cause regarding plaintiffs that failed to serve a Plaintiff Fact Sheet.

I confirm that the Plaintiff has not responded to our contact attempts and has failed to comply with the Court's Case Management orders regarding Plaintiff Fact Sheets.

Dated: June 28, 2023

Respectfully submitted,

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

/s/ Randi Kassan
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
F: (516) 741-0128
rkassan@milberg.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel via the Court's electronic filing system.

A copy of the filing has also been sent by mail to Plaintiff at Plaintiff's last known address.

This 28th day of June 2023.

/s/ Randi Kassan
Randi Kassan, Esq.